# EXHIBIT A

12/02/2020  15:37    Received: 7322497705    Dec 2 2020 03:40pm SWEET PASQUARELLI    PAGE  02/25

Anthony P. Pasquarelli - ID #025731981
SWEET PASQUARELLI, P.C.
17A Joyce Kilmer Avenue North
PO Box 674
New Brunswick, NJ 08903
(732) 249-7180
Attorneys for Plaintiff
Our File No. 04158s-APP

| | |
|---|---|
| FMI INSURANCE COMPANY A/S/O JAMES CURRAN AND JESSICA CURRAN, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MIDDLESEX COUNTY DOCKET NO. MID-L-7863-20 |
| Plaintiff, | CIVIL ACTION |
| vs. | |
| ELECTROLUX HOME PRODUCTS, INC. and ELECTROLUX NORTH AMERICA | SUMMONS |
| Defendants. | |

FROM THE STATE OF NEW JERSEY
TO THE DEFENDANT(S) NAMED ABOVE Electrolux Home Products, Inc.

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the Clerk of the Middlesex County Superior Court within THIRTY FIVE (35) days from the date you received this Summons, not counting the date you received it. A $175.00 filing fee, payable to the Clerk of the Superior Court and a completed Case Information Statement must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above or to the plaintiff, if no attorney is named above. A telephone call will not protect your rights, you must file and serve a written answer or motion (with the fees and completed Case Information Statement) if you want the court to hear your defense. If you do not file and serve a written answer or motion within THIRTY FIVE (35) days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services Offices in the County where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

/s/ Michelle M. Smith
Michelle M. Smith
Clerk of the Superior Court

DATED: December 2, 2020

NAME OF DEFENDANT TO BE SERVED:  **Electrolux Home Products, Inc.**
ADDRESS OF DEFENDANT TO BE SERVED: 10200 David Taylor Drive
Charlotte, NC 28262

## Directory of Superior Court Deputy Clerk's Offices
## County Lawyer Referral and Legal Services Offices

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 482-0618
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 696-5550
LEGAL SERVICES
(856) 691-0494

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

12/02/2020  15:37   Received: 7322497705

Dec  2 2020 03:41pm
SWEET PASQUARELLI

PAGE   10/25

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House--1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 236-6109
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court,
Middlesex Vicinage
2nd Floor - Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington and Court Streets
P. O. Box 910
Morristown, NJ 07963-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
118 Washington Street, Room 121
P.O. Box 2191
Toms River, NJ 08754-2191

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079

LAWYER REFERRAL
(856) 935-5629
LEGAL SERVICES
(856) 691-0494

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(908) 859-4300
LEGAL SERVICES
(908) 475-2010

12/02/2020 15:37 Received: 7322497705 Dec 2 2020 03:41pm SWEET PASQUARELLI PAGE 12/25

MID-L-007863-20 11/2020 2:47:46 PM Pg 2 of 7 Trans ID CV20202037470

Anthony P. Pasquarelli - ID #025731981
SWEET PASQUARELLI, P.C.
17A Joyce Kilmer Avenue North
PO Box 674
New Brunswick, NJ 08903
(732) 249-7180
Attorneys for Plaintiff
Our File No. 0458s-APP

| | |
|---|---|
| FMI INSURANCE COMPANY A/S/O JAMES CURRAN AND JESSICA CURRAN, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MIDDLESEX COUNTY DOCKET NO. MID-L- |
| Plaintiff, | CIVIL ACTION |
| vs. | |
| ELECTROLUX HOME PRODUCTS, INC. and ELECTROLUX NORTH AMERICA | **COMPLAINT AND JURY DEMAND** |
| Defendants. | |

Plaintiff, FMI Insurance Company a/s/o James Curran and Jessica Curran, by way of Complaint against the defendants, says:

1. The plaintiff is an insurance company duly authorized to issue polices of insurance in the State of New Jersey.

2. On or about November 8, 2019, the plaintiff had in force a homeowners policy covering James Curran and Jessica Curran and premises located at 88 Schuyler Avenue, Pompton Lakes, New Jersey.

3. On that date, the premises were damaged by fire.

4. As a result of the fire, the plaintiff, FMI Insurance Company paid a claim to their insureds, James Curran and Jessica Curran, for damage to the structure, personal property and for additional living expense.

5. As a result of the payment(s), FMI Insurance Company has become subrogated to the rights of its insureds against those parties responsible for the fire.

### FIRST COUNT

6. The plaintiff repeats and reiterates each and every allegation in the preceding paragraphs as if set forth at length herein.

7. The defendants, Electrolux Home Products, Inc. and Electrolux North America are the manufacturers, or successor to the manufacturer, of a certain clothes dryer located at the premises insured by the FMI Insurance Company at the time of the fire on November 8, 2019

8. The defendants, Electrolux Home Products, Inc. and Electrolux North America also placed into the stream of commerce the clothes dryer that was at the premises insured by the plaintiff at the time of the fire on November 8, 2019.

9. The defendants manufactured, or placed in the stream of commerce, the Electrolux dryer which was the cause and source of the fire that occurred on November 8, 2019.

10. The defendants, Electrolux Home Products, Inc. and Electrolux North America placed said dryer in the stream of commerce which was not reasonably fit or suitable or safe for its intended purposes.

12/02/2020  15:37    Received: 7322497705    Dec 2 2020 03:41pm SWEET PASQUARELLI    PAGE 14/25

MID-L-00786: -20    /11/2020 2:47:46 PM Pg 4 of 7 Trans II.    CV20202037470

11. The dryer deviated from design specifications and performance standards and incorporated a defective design.

12. The dryer in question contains manufacturing defects.

13. The dryer came with inadequate instructions, specifications and warnings and was therefore designed in a defective manner.

14. As a consequence of the violation of the New Jersey Products Liability Act, N.J.S.A. 2A:58C-1, the dryer caused the fire and the ensuing damages.

WHEREFORE, the plaintiff demands judgment against the defendants, Electrolux Home Products, Inc. and Electrolux North America, for compensatory damages, interest, costs of suit and such further relief as the Court deems just and proper.

## SECOND COUNT

15. The plaintiff repeats and reiterates each and every allegation as set forth in the preceding paragraphs of the Complaint as if set forth at length herein.

16. The defendants breached expressed and implied warranties with respect to the distribution, sale, design and manufacture of the dryer in question.

WHEREFORE, the plaintiff demands judgment against the defendants, Electrolux Home Products, Inc. and Electrolux North America, for compensatory damages, interest and costs of suit and such further relief as the Court deems just and proper.

### JURY DEMAND

Plaintiff hereby demands trial by jury as to all issues.

                                                    **SWEET PASQUARELLI, P.C.**
                                                    Attorneys for Plaintiff

                                                    By: _____
                                                          Anthony P. Pasquarelli

Dated: November 11, 2020

## CERTIFICATION OF NO OTHER ACTIONS

Pursuant to Rule 4:5-1, it is stated that the matter in controversy is not the subject of any other action pending in any other court or of a pending arbitration proceeding to the best of our knowledge or belief. Also, to the best of our belief, no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this pleading, we know of no other parties that should be joined in the above action. In addition, we recognize the continuing obligation of each party to file and serve on all parties and the Court an amended certification if there is a change in the facts stated in this original certification.

SWEET PASQUARELLI, P.C.
Attorneys for Plaintiff

By: _____
Anthony P. Pasquarelli

Dated: November 1, 2020

### DESIGNATION OF TRIAL COUNSEL

PURSUANT to the provisions of Rule 4:25-4, the Court is advised that Anthony P. Pasquarelli is hereby designated as trial counsel on behalf of the plaintiff, FMI Insurance Company a/s/o James Curran and Jessica Curran.

```
                    SWEET, PASQUARELLI, P.C.
                    Attorneys for Plaintiff

                    By: _____
                         Anthony P. Pasquarelli
```

Dated: November 11, 2020

| | | | |
|---|---|---|---|
| 12/02/2020  15:37 | Received:<br>7322497705 | Dec  2 2020 03:42pm<br>SWEET PASQUARELLI | PAGE  18/25 |

MID-L-00786 -20    /11/2020 2:47:46 PM  Pg 1 of 2 Trans ID   CV20202037470

# Civil Case Information Statement

**Case Details: MIDDLESEX | Civil Part Docket# L-007863-20**

Case Caption: FMI INSURANCE COMPANY VS ELECTROLUX HOME PROD
Case Initiation Date: 11/11/2020
Attorney Name: ANTHONY P PASQUARELLI
Firm Name: SWEET PASQUARELLI, PC
Address: 17A JOYCE KILMER AVENUE NORTH PO BOX 674
NEW BRUNSWICK NJ 08903
Phone: 7322497180
Name of Party: PLAINTIFF ; FMI Insurance Company
Name of Defendant's Primary Insurance Company (if known): Unknown

Case Type: PRODUCT LIABILITY
Document Type: Complaint with Jury Demand
Jury Demand: YES - 6 JURORS
Is this a professional malpractice case? NO
Related cases pending: NO
If yes, list docket numbers:
Do you anticipate adding any parties (arising out of same transaction or occurrence)? NO

Are sexual abuse claims alleged by: FMI Insurance Company? NO

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:

Do you or your client need any disability accommodations? NO
    If yes, please identify the requested accommodation:

Will an interpreter be needed? NO
    If yes, for what language:

Please check off each applicable category: Putative Class Action? NO  Title 59? NO  Consumer Fraud? NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

11/11/2020
Dated

/s/ ANTHONY P PASQUARELLI
Signed

Anthony P. Pasquarelli - ID #025731981
SWEET PASQUARELLI, P.C.
17A Joyce Kilmer Avenue North
PO Box 674
New Brunswick, NJ 08903
(732) 249-7180
Attorneys for Plaintiff
Our File No. 04058s-APP

| | |
|---|---|
| FMI INSURANCE COMPANY A/S/O JAMES CURRAN AND JESSICA CURRAN, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MIDDLESEX COUNTY DOCKET NO. MID-L- |
| Plaintiff, | CIVIL ACTION |
| vs. | |
| ELECTROLUX HOME PRODUCTS, INC. and ELECTROLUX NORTH AMERICA | **COMPLAINT AND JURY DEMAND** |
| Defendants. | |

Plaintiff, FMI Insurance Company a/s/o James Curran and Jessica Curran, by way of Complaint against the defendants, says:

1. The plaintiff is an insurance company duly authorized to issue polices of insurance in the State of New Jersey.

2. On or about November 8, 2019, the plaintiff had in force a homeowners policy covering James Curran and Jessica Curran and premises located at 88 Schuyler Avenue, Pompton Lakes, New Jersey.

3. On that date, the premises were damaged by fire.

4. As a result of the fire, the plaintiff, FMI Insurance Company paid a claim to their insureds, James Curran and Jessica Curran, for damage to the structure, personal property and for additional living expense.

12/02/2020  15:37   Received: 7322497705                Dec 2 2020 03:42pm
                                                        SWEET PASQUARELLI           PAGE   20/25

MID-L-00786-20  /11/2020 2:47:46 PM Pg 3 of 7 Trans ID: CV20202037470

5. As a result of the payment(s), FMI Insurance Company has become subrogated to the rights of its insureds against those parties responsible for the fire.

### FIRST COUNT

6. The plaintiff repeats and reiterates each and every allegation in the preceding paragraphs as if set forth at length herein.

7. The defendants, Electrolux Home Products, Inc. and Electrolux North America are the manufacturers, or successor to the manufacturer, of a certain clothes dryer located at the premises insured by the FMI Insurance Company at the time of the fire on November 8, 2019.

8. The defendants, Electrolux Home Products, Inc. and Electrolux North America also placed into the stream of commerce the clothes dryer that was at the premises insured by the plaintiff at the time of the fire on November 8, 2019.

9. The defendants manufactured, or placed in the stream of commerce, the Electrolux dryer which was the cause and source of the fire that occurred on November 8, 2019.

10. The defendants, Electrolux Home Products, Inc. and Electrolux North America placed said dryer in the stream of commerce which was not reasonably fit or suitable or safe for its intended purposes.

12/02/2020 15:37   Received: 7322497705        Dec 2 2020 03:42pm SWEET PASQUARELLI        PAGE 21/25

MID-L-00786-20    /11/2020 2:47:46 PM  Pg 4 of 7 Trans II    CV20202037470

11. The dryer deviated from design specifications and performance standards and incorporated a defective design.

12. The dryer in question contains manufacturing defects.

13. The dryer came with inadequate instructions, specifications and warnings and was therefore designed in a defective manner.

14. As a consequence of the violation of the New Jersey Products Liability Act, N.J.S.A.2A:58C-1, the dryer caused the fire and the ensuing damages.

WHEREFORE, the plaintiff demands judgment against the defendants, Electrolux Home Products, Inc. and Electrolux North America, for compensatory damages, interest, costs of suit and such further relief as the Court deems just and proper.

### SECOND COUNT

15. The plaintiff repeats and reiterates each and every allegation as set forth in the preceding paragraphs of the Complaint as if set forth at length herein.

16. The defendants breached expressed and implied warranties with respect to the distribution, sale, design and manufacture of the dryer in question.

WHEREFORE, the plaintiff demands judgment against the defendants, Electrolux Home Products, Inc. and Electrolux North America, for compensatory damages, interest and costs of suit and such further relief as the Court deems just and proper.

### JURY DEMAND

Plaintiff hereby demands trial by jury as to all issues.

SWEET PASQUARELLI, P.C.
Attorneys for Plaintiff

By: _____
   Anthony P. Pasquarelli

Dated: November 11, 2020

12/02/2020  15:37   Received: 7322497705   Dec 2 2020 03:42pm SWEET PASQUARELLI   PAGE  23/25

MID-L-007865-20   /11/2020 2:47:46 PM Pg 6 of 7 Trans ID   CV20202037470

### CERTIFICATION OF NO OTHER ACTIONS

Pursuant to Rule 4:5-1, it is stated that the matter in controversy is not the subject of any other action pending in any other court or of a pending arbitration proceeding to the best of our knowledge or belief. Also, to the best of our belief, no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this pleading, we know of no other parties that should be joined in the above action. In addition, we recognize the continuing obligation of each party to file and serve on all parties and the Court an amended certification if there is a change in the facts stated in this original certification.

SWEET PASQUARELLI, P.C.
Attorneys for Plaintiff

By: _____
Anthony P. Pasquarelli

Dated: November 11, 2020

### DESIGNATION OF TRIAL COUNSEL

PURSUANT to the provisions of Rule 4:25-4, the Court is advised that Anthony P. Pasquarelli is hereby designated as trial counsel on behalf of the plaintiff, FMI Insurance Company a/s/o James Curran and Jessica Curran.

SWEET, PASQUARELLI, P.C.<br>
Attorneys for Plaintiff<br><br>
By: _____<br>
    Anthony P. Pasquarelli

Dated: November 11, 2020

MID-L-007863 20   /11/2020 2:47:46 PM Pg 1 of 2 Trans II   CV20202037470

# Civil Case Information Statement

**Case Details: MIDDLESEX | Civil Part Docket# L-007863-20**

Case Caption: FMI INSURANCE COMPANY VS ELECTROLUX HOME PROD
Case Initiation Date: 11/11/2020
Attorney Name: ANTHONY P PASQUARELLI
Firm Name: SWEET PASQUARELLI, PC
Address: 17A JOYCE KILMER AVENUE NORTH PO BOX 674
NEW BRUNSWICK NJ 08903
Phone: 7322497180
Name of Party: PLAINTIFF : FMI Insurance Company
Name of Defendant's Primary Insurance Company (if known): Unknown

Case Type: PRODUCT LIABILITY
Document Type: Complaint with Jury Demand
Jury Demand: YES - 6 JURORS
Is this a professional malpractice case? NO
Related cases pending: NO
If yes, list docket numbers:
Do you anticipate adding any parties (arising out of same transaction or occurrence)? NO

Are sexual abuse claims alleged by: FMI Insurance Company? NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO
If yes, is that relationship:
Does the statute governing this case provide for payment of fees by the losing party? NO
Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:

Do you or your client need any disability accommodations? NO
  If yes, please identify the requested accommodation:

Will an interpreter be needed? NO
  If yes, for what language:

Please check off each applicable category: Putative Class Action? NO   Title 59? NO   Consumer Fraud? NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

11/11/2020
Dated

/s/ ANTHONY P PASQUARELLI
Signed